# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **D. W. GRIMSLEY, JR.,** * | |
| * | |
| Plaintiff, * | |
| * | |
| vs. * | Case No.: 1:15-cv-00235-B |
| * | |
| **TRANSUNION, LLC AND JP** * | |
| **MORGAN CHASE BANK, N.A.,** * | |
| * | |
| Defendant, * | |

## PLAINTIFF'S MOTION TO DISMISS

**COMES NOW**, D. W. Grimsley, Jr., by and through the undersigned counsel, and moves this Honorable Court to enter and Order dismissing this case against Transunion LLC and JP Morgan Chase Bank, N.A., each party to bear his/her cost, based on the grounds that this case has been settled and is due to be dismissed without prejudice.

Respectfully Submitted,

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.  (UNDEE6591)
Underwood & Riemer, P.C.
Attorney for Plaintiff
21 South Section Street
Fairhope, AL 365832
Telephone: 251-990-5558
Email: epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. on this the 13th day of November, 2015.

                                            s/ Earl P. Underwood, Jr.
                                            Earl P. Underwood, Jr.