IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| D.W. GRIMSLEY, JR., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 15-00235-KD-B |
| | ) | |
| JP MORGAN CHASE BANK, N.A., *et al*., | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on the "Plaintiff's Corrected Motion to Dismiss," construed as a notice of settlement, stating that the parties have reached a settlement of all claims. (Doc. 24). Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear his or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **17th** day of **November 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**